IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 04-14708-A

```
                    FILED
             U.S. COURT OF APPEALS
               ELEVENTH CIRCUIT

                 DEC - 1 2004

                THOMAS K. KAHN
                     CLERK
```

BOBBY JOE MANN,
a.k.a. Breeze,

                Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

                Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Florida

ORDER:

Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

                /s/   Susan H. Black
                UNITED STATES CIRCUIT JUDGE



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 01, 2004

Sheryl L. Loesch
Clerk, U.S. District Court
801 N. Florida Ave., Room 220
Tampa FL 33602

**Appeal Number: 04-14708-A**
Case Style: Bobby Joe Mann v. USA
District Court Number: 02-01728 CV-T-24-MAP
SECONDARY CASE NO: 94-00220-CR-T-24-MAP

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued in lieu of the mandate of this court. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
3 Boxes Original Papers

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens (404) 335-6180

Encl.

DIS-4 (3-2003)